■ BERNARD ZACZEK, Appellant, v. JEAN ZACZEK, Also Known as JEAN JUNG, et al., Respondents.— In an action to declare invalid an Alabama divorce decree obtained by the defendant Jean Zaczek against plaintiff, and for other relief, plaintiff appeals from a judgment of the Supreme Court, Nassau County, entered January 30, 1963 upon the court's decision after a nonjury trial, which dismissed the complaint. Judgment affirmed, without costs (cf. *Boxer* v. *Boxer,* 7 A D 2d 1001, affd. 7 N Y 2d 781). [For related appeal, see *Zaczek* v. *Zaczek,* 20 A D 2d 902; for prior appeal, see *Zaczek* v. *Zaczek,* 14 A D 2d 808.] Kleinfeld, Acting P. J., Christ, Brennan, Hill and Rabin, JJ., concur.

■ BERNARD ZACZEK, Respondent, v. JEAN ZACZEK, Also Known as JEAN JUNG, Appellant.— In an action to declare invalid an Alabama divorce decree